United States District Court
Southern District of Texas
**ENTERED**
June 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> REAL PROPERTY KNOWN AS 17121 § <br> COLLINS AVENUE 2708, SUNNY ISLES § <br> BEACH, FLORIDA 33160, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:18-CV-00066 |

# FINAL JUDGMENT

Pursuant to the Dismissal of Action by Stipulation of All Parties (D.E. 17), the Court enters final judgment dismissing this action.

ORDERED this 4th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1